267 F.3d 1251 (11th Cir. 2001)
 DAVID C. SKRTICH, Plaintiff-Appellee,
v.
TIMOTHY ALVIN THORNTON, in his individual capacity, JASON PATRICK GRIFFIS, in his individual capacity, et al., Defendants-Appellants.
 No. 00-15959
 UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
 October 2, 2001
 
 1
 NOTE: THE COURT HAS VACATED THIS OPINION. SEE ORDER OF JANUARY 25, 2002, AND SUBSTITUTED OPINION OF JANUARY 29, 2002.